

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Oneida  Jones v. Allstate Vehicle and Property Insurance Company
and Eric Hunsicker

Appellate case number:   01-21-00162-CV

Trial court case number:  2017-57201

Trial court:                     281st District Court of Harris County

Appellant's motion to extend the time for filing appellant's brief is GRANTED and appellant's brief is deemed filed on July 9, 2021. Appellee's brief is due **September 9, 2021.**

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                 Acting individually

Date: _____August 10, 2021_____